## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSHUA GRADY,<br><br>          Plaintiff,<br><br>     v.<br><br>TOWN FAIR TIRE CENTERS OF MASSACHUSETTS, LLC, NEIL MELLEN, MICHAEL MELLEN,<br><br>          Defendants. | Case No. 1:21-cv-11933<br><br>REMOVED FROM THE COMMONWEALTH OF MASSACHUSETTS, CAMBRIDGE DISTRICT COURT, CASE NO. 2152CV000566 |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, Town Fair Tire Centers of Massachusetts, LLC ("Town Fair Tire"), Neil Mellen, and Michael Mellen[1] (collectively, "Defendants"), by and through their attorneys, and pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, submit this Notice of Removal with respect to the above captioned case from the Commonwealth of Massachusetts, Middlesex County, Cambridge District Court.  In support of their Notice of Removal, Defendants state as follows:

## BACKGROUND AND TIMELINESS

1.        On October 19, 2021, Plaintiff Joshua Grady ("Plaintiff") filed his complaint in the Commonwealth of Massachusetts, Middlesex County, Cambridge District Court, titled, *Joshua Grady v. Town Fair Tire Centers of Massachusetts, LLC, Neil Mellen, Michael Mellon,* Docket No. 2152CV000566 (the "State Court Action").

2.        Defendant Town Fair Tire was served with process on November 9, 2021.  On or about November 11, 2021, counsel for Defendants notified Plaintiff's counsel that she would accept service on behalf of Defendants Neil Mellen and Michael Mellen.  A copy of all "summons,

---

[1] Defendant Neil Mellen is incorrectly identified in the caption of Plaintiff's Complaint as "Neil Mellon", which appears to be simply a typographical error.

pleadings and orders" received by Town Fair Tire in the state court action is attached as **Exhibit A**. *See* 28 U.S.C. § 1446(a).

3.      Because Defendants have filed this Notice of Removal within thirty days of receipt of the Complaint, this Notice of Removal is timely.  *See* 28 U.S.C. § 1446(b)(1); *see Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354-55 (1999), *Novak v. Bank of New York Mellon Tr. Co., NA.,* 783 F.3d 910, 911 (1st Cir. 2015).

## THE CASE IS REMOVABLE BASED ON FEDERAL QUESTION JURISDICTION

4.      Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).

5.      In this case, the requirements of 28 U.S.C. § 1331(a) have been met because Plaintiff brings a claim against Town Fair Tire under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA").

6.      Pursuant to 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7.      Accordingly, because this action alleges violations of the FLSA, **Exhibit A**, Count III, ¶¶ 59-64, this action arises under federal law.  28 U.S.C. § 1331.  The Court thus has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, and removal is proper under 28 U.S.C. § 1441(a).

## VENUE AND NOTICE

8.      Removal is appropriate "to the district court of the United States for the district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a).  Pursuant to 28 U.S.C. § 101, this Court embraces the Cambridge District Court, Middlesex County,

77467310v.2

Commonwealth of Massachusetts.  Accordingly, this Court is the appropriate venue for removal of this action.  28 U.S.C. § 1441(a).

9.      Prompt written notice of this Notice of Removal has been sent to Plaintiff through his counsel, and to the Clerk of Court for Cambridge District Court, Middlesex County, Commonwealth of Massachusetts, as required by 28 U.S.C. § 1446(d).  A copy of this notice is attached hereto as **Exhibit B**.

## CONCLUSION

10.      Based on the foregoing, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331; therefore, the Court properly may exercise jurisdiction over this lawsuit.  28 U.S.C. §§ 1441(a).

11.      Defendants submit this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever (or that the damages he seeks may be properly sought).

12.      Should Plaintiff seek to remand this case to state court, Defendants respectfully asks that they be permitted to brief and argue the issue of this removal prior to any order remanding this case.  In the event the Court decides remand is proper, Defendants respectfully requests that the Court retain jurisdiction and allow Defendants to file a motion asking this Court to certify any remand order for interlocutory review by the First Circuit Court of Appeals, pursuant to 28 U.S.C. § 1292(b).

77467310v.2

WHEREFORE, Defendants Town Fair Tire Centers of Massachusetts, LLC , Neil Mellen, and Michael Mellen request that the above-described action pending against them be removed to the United States District Court for the District of Massachusetts. Defendants also request all other relief, at law or in equity, to which they justly are entitled.

Dated:  December 1, 2021

Respectfully submitted,

TOWN FAIR TIRE CENTERS OF MASSACHUSETTS, LLC, NEIL MELLEN, AND MICHAEL MELLEN.

By their Attorneys,

/s/ *Alison H. Silveira*

Ariel D. Cudkowicz (BBO # 550577)
acudkowicz@seyfarth.com
Alison H. Silveira (BBO # 666814)
asilveira@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
TEL: 617-946-4800
FAX: 617-946-4801

77467310v.2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 1, 2021, a true copy of DEFENDANTS TOWN FAIR TIRE CENTERS OF MASSACHUSETTS, LLC, NEIL MELLEN, AND MICHAEL MELLEN'S NOTICE OF REMOVAL was filed through the Court's ECF system.  Electronic copies were also delivered to counsel for the Plaintiff.

Amber Lee, Esq.
Raven Moeslinger, Esq.
Nicholas F. Ortiz, Esq.
Law Office of Nicholas F. Ortiz, P.C.
50 Congress Street, Suite 540
Boston, Massachusetts 02110
alee@mass-legal.com

*/s/ Alison H. Silveira*
Alison H. Silveira

77467310v.2