UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**Joshua Grady**</u>

          Plaintiff

                                          CIVIL ACTION

    V.

                                          NO. <u>21-11933-RWZ</u>

<u>**Town Fair Tire Centers of Massachusetts, LLC, et al.**</u>

          Defendant

### **<u>ORDER OF DISMISSAL</u>**

<u>Zobel, D. J.</u>

      Pursuant to the Stipulation of Dismissal filed on <u>February 1, 2022</u> it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                                        By the Court,

<u>2/1/2022</u>                                     <u>/s/ Douglas Warnock</u>
    Date                                                 Deputy Clerk